IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: : | **FILED UNDER SEAL** |
| SEIZURE WARRANT : | Misc. No. 06- 104m |

**MOTION AND ORDER TO SEAL**

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to seal the Application and Affidavit for Seizure Warrant, Seizure Warrant, this Motion and Order to Seal, and the related file in the above-captioned case, because the seizure warrant has not been executed.

COLM F. CONNOLLY
United States Attorney

BY: /s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: September 6, 2006

**AND NOW** this ___6___ day of __September__, 2006, based upon the foregoing Motion, **IT IS ORDERED** that the Application and Affidavit for Seizure Warrant, Seizure Warrant, this Motion and Order to Seal, and the related file in the above-captioned case be **SEALED**.

HONORABLE MARY PAT THYNGE
United States Magistrate Judge
District of Delaware

FILED
SEP 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE