AO 93 (Rev. 5/85) Search Warrant

# United States District Court

**DISTRICT OF DELAWARE**

In the Matter of the Search of
(Address or brief description of property to be seized)

**SEIZURE WARRANT**

**Wilmington Trust Company
Account Number 24428745**

CASE NUMBER: 06-104M

TO: __Special Agent Robert Delgado__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Robert Delgado_ who has reason to believe

that in the District of Delaware there is now certain property which is subject to forfeiture to

the United States, namely (describe the property to be seized)

    currency totaling $73,950 held in Wilmington Trust Company Account No. 24428745


I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.


YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and
making the seizure (in the daytime -- 6:00 a.m. to 10:00 p.m.) (at any time in the day or night as I find reasonable cause has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to _United States Magistrate Judge Mary Pat Thynge_ as required by law.

September 6, 2006           at    Wilmington, Delaware
Date                              City and State

FILED
SEP 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware
Name and Title of Judicial Officer

Signature of Judicial Officer

KRIS TAYLOR, WILMINGTON TRUST COMPANY - LEGAL DEPARTMENT

## INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

CURRENCY TOTALING $73,950.00 HELD IN WILMINGTON TRUST COMPANY ACCOUNT NO. 24428745.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_Robert N. Delgado_

Subscribed, sworn to, and returned before me this date.

_____    9/7/06
U.S. Judge or Magistrate                Date